IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID SNELL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO. 1:04cv752-C<br>(WO) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that the decision of the Commissioner be and is hereby reversed and remanded to the Commissioner for further proceedings consistent with this opinion

Done this 21st day of June, 2005.


　　　　　　　　　　　　　　　　 /s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE