IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID SNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv752-C |
| | ) | (WO) |
| JO ANNE BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 21, 2005, the court entered a final judgment in this matter, reversing the decision of the Commissioner and remanding this matter to the Commissioner for further proceedings consistent with the memorandum opinion entered on the same date. (Docs. # 20 & 21). On October 14, 2005, plaintiff's counsel filed a petition for authorization of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. # 22). On October 31, 2005, the Commissioner filed a response to the plaintiff's petition for authorization of attorney's fees objecting to the fee petition as untimely. In reply to the Commissioner's response, on November 17, 2005, the plaintiff filed a motion to file an application for attorney's fees out of time. (Doc. # 26). On November 23, 2005, the court ordered the plaintiff shall show cause why his application for attorney's fees and his motion to file his application for attorney's fees out-of-time should not be denied as untimely. On December 9, 2005, in response to the court's order, the plaintiff filed a motion to withdraw his application for attorney's fees. (Doc. # 28).

Upon consideration of the plaintiff's motion to withdraw his application for attorney's fees, it is

ORDERED that the plaintiff's motion to withdraw his application for attorney's fees (doc. # 28) be and is hereby GRANTED. It is further

ORDERED that the plaintiff's motion to file application for attorney's fees out of time (doc. # 26) be and is hereby DENIED as moot.

Done this 9th day of December, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE